# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| **PHERAH LLC,**<br><br>    Plaintiff,<br><br>    v.<br><br>**VERSIONONE, INC.,**<br><br>    Defendant. | CIVIL ACTION NO 6:16-cv-979<br><br>JURY TRIAL DEMANDED |

## JOINT MOTION TO DISMISS WITH PREJUDICE ALL CLAIMS BETWEEN PHERAH LLC AND VERSIONONE, INC.

The plaintiff, Pherah LLC, and defendant, VersionOne, Inc., pursuant to Fed. R. Civ. P. 41(a)(2), hereby move for an order dismissing all claims in this action WITH PREJUDICE with each party to bear its own costs, expenses and attorneys' fees.

Dated:  September 9, 2016                      Respectfully submitted,

 /s/  Papool S. Chaudhari                       *Andrew J. Gray IV*
Papool S. Chaudhari                             Andrew J. Gray IV
Texas State Bar No. 24076978                    Morgan, Lewis & Bockius LLP
Chaudhari Law, PLLC                             1400 Page Mill Road
P.O. Box 1863                                   Palo Alto, CA 94304
Wylie, Texas 75098                              (650) 843-4000
Phone:  (214) 702-1150                          (650) 843-4001 Fax
Fax: (214) 705-3775                             Andrew.gray@morganlewis.com
Papool@ChaudhariLaw.com

                                                Attorney for Defendant
Attorney for Plaintiff                          VersionOne, Inc.
PHERAH LLC

## **CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(b).  As such, the foregoing was served on all counsel of record who have consented to electronic service. Local Rule CV-5.  Pursuant to Fed. R. Civ. P. 5(d) and Local Rule CV-5, all others not deemed to have consented to electronic service will be served with a true and correct copy of the foregoing via US Mail via 9th day of September, 2016.

      */s/ Papool S. Chaudhari*

      _____
      Papool S. Chaudhari